UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MEDRANO ESCOBEDO,<br>Petitioner,<br>v.<br>MARK WAYNE MULLIN et al,<br>Respondent. | Case No. 5:26-cv-03605-RGK-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DENYING** the Petition.

Dated: September 10, 2026

Gary Klausner

R. GARY KLAUSNER
United States District Judge