JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MEDRANO ESCOBEDO,<br>Petitioner,<br>v.<br>MARK WAYNE MULLIN et al,<br>Respondent. | Case No. 5:26-cv-03605-RGK-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **DENIED.**

Dated: September 10, 2026

[signature]

R. GARY KLAUSNER
United States District Judge